■ BRAD H. et al., Respondents, v CITY OF NEW YORK et al., Appellants. [716 NYS2d 852] —Order, Supreme Court, New York County (Richard Braun, J.), entered July 18, 2000, unanimously affirmed for the reasons stated by Braun, J., without costs or disbursements. Motion (No. 5413) seeking to proceed as *amici curiae* and for other related relief granted. Motion (No. 5408) seeking to file an *amicus curiae* brief granted. No opinion. Concur—Sullivan, P. J., Rosenberger, Ellerin, Wallach and Rubin, JJ.